**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover Date: August 18, 2016
Court Reporter: Terri Lindblom

Criminal Action No. 16-cr-00036-MSK

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Valeria Spencer |
| Plaintiff, | |
| v. | |
| WALTER DUANE BRIGGS, | Lisa Wayne |
| Defendant. | |

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**10:09 a.m. Court in session.**

Defendant present in custody.

Defendant is arraigned on Count 2 of the **Indictment**. Defendant pleads guilty to Count 2 of the **Indictment. The Government intends to dismiss Count 1 of the Indictment.**

Defendant sworn.

Defendant advised regarding:

1) The Plea Agreement;
2) The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
3) The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant’s right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

The Government orally moves to dismiss Count 1 of the Indictment. Defendant has no objection.
Oral findings are made of record.

**ORDER:** The Government's oral Motion to Dismiss Count 1 of the Indictment is **GRANTED, but the effect of the Order is stayed until time of Sentencing.**

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 2 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set on **December 19, 2016 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Pending Motion (**Doc. #25**) is **TERMINATED.**

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**11:05 a.m.** **Court in recess.**

**Total Time:** **56 minutes.**
**Hearing concluded.**